IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00387-WYD-MEH

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

ALFONSO CABRAL;
DARLENE CABRAL;
MAK CABRAL;
MILES CABRAL; and
COLORADO DEPARTMENT OF REVENUE,

    Defendant(s).

## ORDER

THIS MATTER comes before the Court on the Stipulation and Order of Dismissal of Defendant Mak Cabral [# 19], filed October 24, 2006.  After careful review of the file, the Court has concluded that the stipulation should be approved and that the Plaintiff's claims against Defendant Mak Cabral should be **DISMISSED WITHOUT PREJUDICE**.  Accordingly, it is

ORDERED that the Stipulation and Order of Dismissal of Defendant Mak Cabral is **APPROVED**; and that Plaintiff's' claims against Defendant Mak Cabral are **DISMISSED WITHOUT PREJUDICE**.  Each party shall bear its own costs.

Dated: October 25, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge