IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00387-WYD-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALFONSO CABRAL;
DARLENE CABRAL;
MAK CABRAL;
MILES CABRAL; and
COLORADO DEPARTMENT OF REVENUE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 7, 2007.**

    Plaintiff's Unopposed Motion for Person with Final Settlement Authority to be Available Telephonically for Settlement Conference [Filed March 6, 2007; Docket #22] is **granted**.